UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**FREDERICK CHAFFOULD** : DOCKET NO. 3:22-cv-03477

**VERSUS** : JUDGE JAMES D. CAIN, JR.

**STATE FARM FIRE & CASUALTY
CO., ET AL.** : MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 10], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 26] is **ADOPTED.** Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 10] be **GRANTED,** and that this matter and all of plaintiff's claims against State Farm Fire & Casualty Co., State Farm General Insurance Co., and State Farm Mutual Automobile Insurance Co. be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 19th day of April, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE